UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:12-80582-CIV-MARRA/MATTHEWMAN

ANGELA MAHARAJ, as Natural Parent
And Guardian of Kameran Maharaj, a minor,

        Plaintiff,

vs.

GEICO CASUALTY COMPANY

        Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND PRETRIAL EXPERT DISCLOSURE AND DISCOVERY DEADLINES

        Plaintiff, ANGELA MAHARAJ, as Natural Parent and Guardian of Kameran Maharaj, a minor, ("MAHARAJ"), by and through undersigned counsel and pursuant to this Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motion to United States Magistrate Judge, respectfully requests that this Honorable Court enter an Order extending the expert disclosure and discovery deadlines. In support of her request, MAHARAJ states the following:

        1.    On July 3, 2012, the Court entered an Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motion to United States Magistrate Judge [*See* DE 6]. Said Order set April 17, 2013 as the discovery deadline, May 6, 2013 as the deadline for substantive pretrial motions, and November 4, 2013 as the trial date. [*Id.*]. In addition, pursuant to Federal Rule of Civil Procedure 26(a)(2), the Parties agreed to

Maharaj v. GEICO General Insurance Company
Unopposed Motion to Extend Pretrial Expert Disclosure and Discovery Deadlines
Page 2 of 4

March 1, 2013 as the date for the disclosure of Plaintiff's Expert Report and April 1, 2013 as the date for the disclosure of Defendant's Expert Report.

2. Pursuant to the parties Joint Motion to Extend Pretrial Deadlines[1] (DE 32), the Plaintiff's Expert Witness Disclosure was reset to April 1, 2013; the discovery deadline was reset to May 31, 2013 and the deadline for Substantive Pretrial Motions was reset to June 21, 2013. The November 4, 2013 trial date was left intact.

3. On March 21, 2013, the Plaintiff filed an Unopposed Extension of Time to Extend Pretrial Deadlines and for a Continuance (DE 34), on the grounds that the parties had not taken a single deposition in this matter pending the Court's ruling on Plaintiff's Motion to Compel Production of Documents.

4. The Court granted the Motion by Order dated March 29, 2013, (DE 35), and extended the discovery deadline to September 30, 2013; Plaintiff's 26(a)(2) disclosures to August 2, 2013 and Defendant's 26(a)(2) disclosures to September 2, 2013. The trial was continued to the trial docket commencing on March 10, 2014.

5. Plaintiff's Motion to Compel Production of Documents was finally disposed of by Order dated April 5, 2013. (DE 36) and GEICO complied with the Court's Order on April 10, 2013, by producing previously withheld documents from its claims file.

6. The Defendant deposed the Plaintiff, her husband and their attorney Ken Metnick in late April 2013.

7. In late June 2013, Plaintiff requested to depose four of the GEICO's adjusters and supervisors involved in the handling of Plaintiff's claim, to occur somewhere between July 22, 2013 and August 2, 2013.

---

[1] The grounds for the Joint Motion were counsels' scheduling conflicts.

Case 9:12-cv-80582-KAM   Document 39   Entered on FLSD Docket 07/19/2013   Page 3 of 4

Maharaj v. GEICO General Insurance Company
Unopposed Motion to Extend Pretrial Expert Disclosure and Discovery Deadlines
Page 3 of 4

8. To date, the Defendant has provided the Plaintiff with dates in late July and August, but not a time when all four deponents are available to be deposed on the same or consecutive days. It is not until September 10 or 11 that all four deponents are available so that such depositions can be accomplished by making a single trip to Lakeland, Florida.

9. As a consequence of not being able to secure these depositions sooner, Plaintiff's Experts have no basis upon which to formulate expert opinions or an expert report.

10. Based on the foregoing, the Plaintiff reasonably believes good cause exists for the relief requested herein. The Plaintiff respectfully requests that Plaintiff's expert disclosure be extended to September 30, 2013, the Defendant's expert disclosure to October 15, 2013; and the discovery deadline for expert witnesses only be extended until October 30, 2013. The fact witness discovery deadline can remain intact at September 30, 2013 and the substantive pretrial motion deadline can remain at October 21, 2013.

11. This Motion is made in good faith and not for the purpose of causing delay. The Defendant, GEICO does not object to the relief requested herein.

WHEREFORE Plaintiff, ANGELA MAHARAJ respectfully requests this Court to enter an Order granting this Unopposed Motion to Extend Pretrial Expert Disclosure and Discovery Deadlines and for such further relief as this Honorable Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-service on this 19th day of July, 2013: B. Richard Young, Esq., ryoung@flalawyer.net; Jordan Thompson, Esq., jthompson@flalawyer.net; Katina Hardee, Esq., khardee@flalawyer.net; tcampbell@flalawyer.net, mjohnson@flalawyer.net.

Maharaj v. GEICO General Insurance Company
Unopposed Motion to Extend Pretrial Expert Disclosure and Discovery Deadlines
Page 4 of 4

                         LIGGIO BENRUBI, P.A.
                         The Barristers Building, Suite 3B
                         1615 Forum Place
                         West Palm Beach, FL  33401
                         Telephone:    (561) 616-3333
                         Facsimile:     (561) 616-3266
                         Email: rbenrubi@liggiolaw.com

                         By:_____/s/ Richard M. Benrubi_____
                               RICHARD M. BENRUBI, ESQ.
                               Florida Bar No.: 796573
                               GEOFFREY S. STAHL, ESQ.
2468/RMB/clr                    Florida Bar No. 89240